IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANGELO PETER KARAVOLOS,
    Plaintiff,

vs.                                        Case No.: 3:06cv452/RS/EMT

JOHN CORBETT, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). Plaintiff filed an amended complaint on February 5, 2007 (Doc. 17).[1] Leave to proceed in forma pauperis has been granted (Doc. 11).

    On February 5, 2007 this court entered an order (Doc. 15) directing Plaintiff to file a second amended complaint within thirty (30) days. Plaintiff failed to respond to the order; therefore, on March 9, 2007, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 18). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file a second amended complaint or show cause for his failure to do so.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

---

[1] The amended complaint was attached to a letter submitted by Plaintiff. The letter was returned to Plaintiff, but the clerk was directed to retain the amended complaint and docket it as such (*see* Docs. 15, 17).

At Pensacola, Florida, this 2<u>nd</u> day of April 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only.</u>  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  <u>See</u> 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).